## TOWNSEND v. EDDLEMAN. (No. 707.)

(Court of Civil Appeals of Texas. El Paso. May 3, 1917. Rehearing Denied May 31, 1917.)

Error from Shackelford County Court; J. A. King, Judge.

Action by S. D. Eddleman against R. H. Townsend. Judgment for plaintiff, and defendant brings error. Affirmed.

W. L. Morris, of Albany, and Theo. Mack, of Ft. Worth, for plaintiff in error. A. A. Clarke, of Albany, for defendant in error.

HIGGINS, J. This is a suit upon a contract by Eddleman against Townsend resulting in a judgment in Eddleman's favor. The only error assigned is to the overruling of a general demurrer to the petition, based upon the ground that a breach of the contract is not alleged. We think the allegations of the petition show a breach.

Affirmed.